**TYSON & MENDES LLP**
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
Email: pobriant@tysonmendes.com
2835 St. Rose Pkwy, Suite 140
Henderson, NV 89052
Tel: (702) 724-2648
Fax: (702) 410-7684
*Attorneys for Defendant*
*Boys & Girls Club of So. Nev.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOYS AND GIRLS CLUBS OF SOUTHERN NEVADA, a domestic corporation; F.P. HOLDINGS, L.P., a domestic limited partnership; SAN MIGUEL GAMING AND HOSPITALITY AUTHORITY d/b/a Palms Casino Resort, a governmental instrumentality of the San Manuel Band of Mission Indians;<br><br>　　　　　Defendants. | Case No. 2:23-cv-01202<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BOYS AND GIRLS CLUB OF SOUTHERN NEVADA TO FILE AN ANSWER**<br><br>**FIRST REQUEST** |

Defendant BOYS AND GIRLS CLUBS OF SOUTHERN NEVADA (hereinafter, "BGCSN" ), by and through counsel, the law firm Tyson & Mendes LLP; Plaintiff Jane Doe, by and through counsel, the law firm Lagomarsino Law; and Defendant F.P. Holdings, LP, by and through counsel, Brandon | Smerber Law; hereby stipulate and agree, contingent on this Court's approval, that the deadline for BCGSN to file an Answer be extended to January 5, 2024 or the date this Order is entered, whichever is later.

This stipulation is made pursuant to LR IA 6-1.  This is the first stipulation for extension of this deadline.

**A.    PROCEDURAL BACKGROUND AND DISCOVERY**

On July 30, 2023, Plaintiff filed her Complaint.  See ECF No. 1.  BCGSN was served with the Complaint and Summons on August 1, 2023.  BGCSN's responsive pleading was due

on August 22, 2023.  On August 22, 2023, Defendant timely filed its Motion to Strike the Complaint under FRCP 12(f).  See ECF No. 2.  On October 13, 2023, the Court denied BGCSN's Motion to Strike.  Based on this, BGCSN's Answer was due on October 27, 2023.  This deadline was inadvertently not calendared and BGCSN's Answer was not filed.  See Exhibit A, Declaration of Priscilla L. O'Briant, Esq. (Ex. A), ¶ 5.

On September 12, 2023, the parties participated in a case conference pursuant to FRCP 26(f).  See ECF No. 15, ¶ 1.  The parties submitted a Discovery Plan and Scheduling Order on September 22, 2023, which the Court signed on September 25, 2023 and was entered on September 26, 2023.  See ECF No. 18.  Following the conference, all parties served their initial disclosures.

On October 5, 2023, Plaintiff served written discovery on defendants on October 5, 2023 BGCSN served its responses to written discovery.  BGCSN thereafter served a first and second supplement to disclosures.  F.P. Holdings also served its responses to written discovery.  Plaintiff has also issued several subpoenas.

**B.    GOOD CAUSE EXISTS AS THE FAILURE OF BGCSN TO FILE AN ANSWER WAS THE RESULT OF EXCUSABLE NEGLECT**

The parties assert good cause exists to allow BGCSN to file its Answer on or before January 5, 2024 or the date this Order is entered, whichever is later.  BGCSN timely filed its responsive pleading.  However, following the denial of its Motion to Strike, the deadline for its Answer was not calendared and no answer was filed.  Ex. A, ¶ 5.  Allowing BGCSN to file an Answer as this time will not prejudice any party to this action.  Although the delay is not insignificant, BGCSN has throughout actively participated in discovery and thus the delay has had no negative impact on the proceeding.  See Ex. A, ¶ 7.  The reason for the delay was a calendaring error, followed by the loss of an Associate attorney, which led counsel to focus on *upcoming* and calendared deadlines on her increased case load. See Ex. A, ¶¶ 5, 6.  In reviewing the file on January 4, 20224 to evaluate further discovery, counsel for BGCSN realized no Answer had been filed and promptly contacted Plaintiff's counsel to advise and request agreement regarding the present stipulation to which he agreed.  See Ex. A, ¶¶ 8,9.  Counsel for

BGCSN also immediately drafted an Answer. See Ex. A, ¶ 9, and Exhibit 1 thereto. BGCSN will promptly file its Answer upon the Court's approval of this Stipulation. See Ex. A, ¶ 10. Based on all of the above, the parties believe BGCSN has acted throughout in good faith and the failure to file its Answer was the result of excusable neglect.

Therefore, the parties hereby stipulate and agree the deadline for BCGSN to file an Answer be extended to January 5, 2024 or the date this Order is entered, whichever is later. This stipulation is made in good faith and not in an attempt to delay the proceedings.

Dated this 5th day of January, 2024

LAGOMARSINO LAW

/s/ Cory Ford

ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., Ste. 241
Henderson, NV 89052
Attorneys for Plaintiff Jane Doe

Dated this 5th day of January, 2024

BRANDON | SMERBER LAW FIRM

/s/ Justin Smerber

LEW BRANDON, ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
139 E. Warm Springs Rd.
Las Vegas, NV 89119
Attorneys for Defendant F.P. Holdings, LP

Dated this 5th day of January, 2024

TYSON & MENDES, LLP

/s/Priscilla O'Briant

PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
2835 St. Rose Pkwy., Ste. 140
Henderson, NV 89052
Attorneys for Defendant Boys & Girls Club of So. Nev.

IT IS SO ORDERED:

DATED: __1/8/2024_

_____
UNITED STATES MAGISTRATE JUDGE