**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 West Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Jane Doe*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JANE DOE, individually,

    Plaintiff,

v.

BOYS AND GIRLS CLUBS OF SOUTHERN NEVADA, a domestic corporation; F.P. HOLDINGS, L.P., a domestic limited partnership; SAN MANUEL GAMING AND HOSPITALITY AUTHORITY d/b/a Palms Casino Resort, a governmental instrumentality of the San Manuel Band of Mission Indians,

    Defendants.

CASE NO. 2:23-cv-01202-RFB

**FIRST AMENDED STIPULATION AND ORDER AUTHORIZING ELECTRONIC SERVICE**

The parties, by and through their undersigned attorneys of record, hereby stipulate to entry of this *First Amended Stipulation and Order Authorizing Electronic Service* to create an expeditious and efficient manner of service of the above-captioned litigation. Pursuant to FRCP 5(b)(2)(E), the parties hereby consent to electronic service. As such, when any of the undersigned parties wish to serve a discovery related document, that party shall effectuate service of the document to the following email addresses:

| PARTY | FIRM NAME | EMAIL ADDRESSES |
|---|---|---|
| Plaintiff | Lagomarsino Law | AML@lagomarsinolaw.com; Cory@lagomarsinolaw.com, Denise@lagomarsinolaw.com; Moira@lagomarsinolaw.com fileclerk@lagomarsinolaw.com; |

*(Left margin, vertical text:)* LAGOMARSINO LAW  3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052  Telephone (702) 383-2864  Facsimile (702) 383-0065

| Defendant Boys and Girls Clubs of Southern Nevada | Tyson & Mendes, LLP | pobriant@tysonmendes.com<br>aprince@tysonmendes.com<br>lgeissinger@TysonMendes.com<br>kpape@tysonmendes.com<br>srotascalabrini@tysonmendes.com |
| --- | --- | --- |
| Defendants F.P. Holdings, LP and San Manuel Gaming and Hospitality Authority | Brandon \| Smerber Law Firm | j.smerber@bsnv.law<br>s.lee@bsnv.law<br>k.villeno@bsnv.law |

The parties further stipulate that e-mail service shall not be considered effective if not all contacts listed above are included in the e-mail service.

**IT IS SO STIPULATED AND AGREED.**

DATED this 27th day of January, 2025.

**LAGOMARSINO LAW**

/s/ Cory M. Ford, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Jane Doe*

DATED this 27th day of January, 2025.

**BRANDON | SMERBER LAW FIRM**

/s/ Justin W. Smerber, Esq.
LEW BRANDON, ESQ. (#5880)
JUSTIN W. SMERBER, ESQ. (#10761)
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
Telephone: (702) 380-0007
Facsimile: (702) 380-2964
*Attorneys for Defendants F.P. Holdings, LP*

DATED this 27th day of January, 2025.

**TYSON & MENDES LLP**

/s/ Priscilla L. O'Briant, Esq.
PRISCILLA L. O'BRIANT, ESQ. (#10171)
2835 St. Rose Pkwy, #140
Henderson, Nevada 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorney for Defendant BGCSNV*

**IT IS SO ORDERED**

**DATED:** 11:53 am, January 28, 2025

_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065