**TYSON & MENDES LLP**
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
Email: pobriant@tysonmendes.com
2835 St. Rose Pkwy, Suite 140
Henderson, NV 89052
Tel: (702) 724-2648
Fax: (702) 410-7684
*Attorneys for Defendant*
*Boys & Girls Club of So. Nev.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual, | Case No. 2:23-cv-01202 |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| BOYS AND GIRLS CLUBS OF SOUTHERN NEVADA, a domestic corporation; F.P. HOLDINGS, L.P., a domestic limited partnership; SAN MANUEL GAMING AND HOSPITALITY AUTHORITY d/b/a Palms Casino Resort, a governmental instrumentality of the San Manuel Band of Mission Indians; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JANE DOE and Defendants BOYS AND GIRLS CLUBS OF SOUTHERN NEVADA and F.P. HOLDINGS, L.P., by and through their undersigned counsel of record, that Plaintiff's complaint and all causes of action therein against Defendant BOYS AND GIRLS CLUBS OF SOUTHERN

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NEVADA only, be dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED AND AGREED**

| Dated this 26th day of August, 2025. | Dated this 26th day of August, 2025. |
|---|---|
| **TYSON & MENDES LLP** | **LAGOMARSINO LAW** |
| /s/Piscilla O'Briant<br>PRISCILLA L. O'BRIANT<br>Nevada Bar No. 10171<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br>*Attorneys for Defendant BGCSN* | /s/ Cory M. Ford<br>ANDRE M. LAGOMARSINO<br>Nevada Bar No. 6711<br>CORY M. FORD<br>Nevada Bar No. 15042<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>*Attorneys for Plaintiff Jane Doe* |
| Dated this 26th day of August, 2025. | |
| **BRANDON | SMERBER LAW FIRM** | |
| /s/Justin Smerber<br>LEW BRANDON<br>Nevada Bar No. 58880<br>JUSTIN W. SMERBER<br>Nevada Bar No. 10761<br>139 E. Warm Springs Rd.<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant F.P. Holdings, LP* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this  August, 27, 2025