**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
j.smerber@bsnv.law
*Attorneys for Defendant,*
*F.P. HOLDINGS, L.P.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, an individual. | CASE NO.: 2:23-cv-01202-RFB-BNW |
| Plaintiff, | |
| vs. | |
| BOYS AND GIRLS' CLUBS OF SOUTHERN NEVADA, a domestic corporation; F.P. HOLDINGS, L.P., a domestic limited partnership; PPII HOLDINGS, LLC., a domestic limited-liability company; PALMS PLACE, LLC, a domestic limited-liability company; | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above-entitled matter be dismissed with prejudice, resolving all known, asserted, or potential claims,

///

///

///

1  leaving no remaining parties, each party bear their respective fees and costs incurred.

2  DATED this 27th day of October 2025.   DATED this 27th day of October 2025.

3  **BRANDON SMERBER LAW FIRM**   **LAGOMARSINO LAW**

4  */s/ Justin W. Smerber, Esq.*   */s/ Cory M. Ford, Esq.*

5  **JUSTIN W. SMERBER, ESQ.**   **ANDRE M. LAGOMARSINO, ESQ.**
Nevada Bar No. 10761   Nevada Bar No. 6711

6  139 E. Warm Springs Rd.   **CORY M. FORD, ESQ.**
Las Vegas, Nevada 89119   Nevada Bar No. 15042

7  *Attorney for Defendant,*   3005 West Horizon Ridge Parkway
*F.P. HOLDINGS, L.P.*   Suite 241

8  Henderson, Nevada 89052

9  *Attorneys for Plaintiff,*
*JANE DOE*

10  DATED this 27th day of October 2025.

11  **TYSON& MENDES LLP**

12

13  */s/ Priscilla L. O'Briant, Esq.*
**PRISCILLA L. O'BRIANT, ESQ.**

14  Nevada Bar No. 10171
2835 St. Rose Parkway

15  Henderson, Nevada 89052
*Attorney for Defendant,*

16  BOYS & GIRLS CLUB OF SOUTHERN NEVADA

17

18  **IT IS ORDERED** that the above-entitled matter be dismissed with prejudice, leaving no

19  remaining parties, each party bear their respective fees and costs incurred.

20  **DATED:** October 28, 2025.

21

22  _____

23  *Respectfully Submitted by:*   **RICHARD F. BOULWARE, II**
**U.S. DISTRICT COURT JUDGE**

24  **BRANDON | SMERBER LAW FIRM**

25  */s/ Justin W. Smerber, Esq.*
**JUSTIN W. SMERBER, ESQ.**

26  Nevada Bar No. 10761

27  139 E. Warm Springs Rd.
Las Vegas, Nevada 89119

28  *Attorney for Defendant,*
*F.P. HOLDINGS, L.P.*